#3
2:25-cv-667
Paid
ISBL/BSC

Joseph Michael Harris, Petitioner

v.

Sheriff of Butler County Jail, Warden of Butler County Jail, United States District Court Judge, United States District Court Prosecutor, Respondents

United States District Court
W.D. Pennsylvania

**FILED**
MAY 15 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

May 05, 2025

Now comes Joseph Michael Harris with a petition for a Great Writ of Habeas Corpus seeking immediate release from custody challenging that;
1) the indictment fails to charge an offense against the laws of the United States because no jurisdiction has been ceded or accepted over the place where the criminal activity is alleged to have occurred
2) the trial court is without subject matter jurisdiction under 18 U.S.C. § 3231
3) the 18 U.S.C. § 922(g)(1) criminal statute exceeds the power of Congress as applied to petitioner's conduct because it violates his due process rights secured under the 5th amendment, and encroaches on the sovereignty and jurisdiction of the State in violation of the 10th amendment and the fundamental principles of federalism

Respectfully Submitted
Joseph Michael Harris (Agent)
*Joseph Harris*